
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case: 2:25-cr-20656
Assigned To : Goldsmith, Mark A.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 9/4/2025
Description: IND US V PELESS, III (MRS)

UNITED STATES OF AMERICA,

Violations:
18 U.S.C. § 1470
18 U.S.C. § 2252A(a)(2)

v.

HARRY MARVELLE PELESS, III,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 1470
*Attempted Transfer of Obscene Materials to a Minor*

From on or about September 19, 2024, through on or about February 18, 2025, in the Eastern District of Michigan, Southern Division, the defendant, HARRY MARVELLE PELESS, III, did, by means of interstate commerce, knowingly and unlawfully transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years, and attempted to do so, in violation of Title 18, United States Code, Section 1470.

## COUNT TWO
18 U.S.C. § 2252A(a)(2)
*Distribution of Child Pornography*

On or about November 12, 2024, in the Eastern District of Michigan, Southern Division and elsewhere, the defendant, HARRY MARVELLE PELESS, III, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using a means and facility of interstate and foreign commerce; and the child pornography was mailed, shipped, and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 2253.

Upon conviction of the offenses charged in Counts One and Two of the Indictment, the defendant shall, pursuant to Title 18, United States Code, Section 2253, forfeit to the United States the following:

1. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections.

2

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

<u>Substitute Assets</u> – If any of the property described above, as a result of any act or omission of the defendant:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third party;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be divided without difficulty,

The United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

THIS IS A TRUE BILL.

<u>s/Grand Jury Foreperson</u>
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

<u>s/Craig F. Wininger</u>
Craig F. Wininger
Chief, Violent and Major Crimes Unit

<u>s/Eaton P. Brown</u>
Eaton P. Brown
Deputy Chief, Violent and Major Crimes Unit
Assistant United States Attorney

Dated: September 4, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Assigned To : Goldsmith, Mark A.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 9/4/2025<br>Description: IND US V PELESS, III (MRS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐ Yes ☑ No | AUSA's Initials: *s/E.B.* |

Case Title: USA v. Harry Marvelle Peless III

County where offense occurred: Wayne

Offense Type: Felony

Indictment -- prior complaint - **Case No. 25-MJ-30476**

**Superseding Case Information**

Superseding to Case No: _____ Judge: _____

Reason:

**Defendant Name**          **Charges**          **Prior Complaint (if applicable)**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

September 4, 2025
Date

Eaton Brown
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Eaton.Brown@usdoj.gov
(313) 226-9184
Bar #: P66003

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.