UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED
SEP 06 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

v.

Criminal No. 25-20656

Hon. Mark A. Goldsmith

Harry Marvelle Peless, III,

    Defendant.

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Harry Marvelle Peless, III, defendant in this case, hereby acknowledge that I have received a copy of the **Indictment** before entering my plea, and that I have read it and understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

- <u>COUNT ONE</u>—**Attempted Transfer of Obscene Material to a Minor (18 U.S.C. § 1470)**; Up to 10 years' imprisonment and/or a $250,000 fine.

- <u>COUNT TWO</u>—**Distribution of Child Pornography (18 U.S.C. § 2252A(a)(2)**; No less than 5 years' and up to 20 years' imprisonment and/or a $250,000 fine.

*/s/ Harry Peless III*
_____
Harry Marvelle Peless, III
Defendant

**ACKNOWLEDGMENT OF DEFENSE COUNSEL**

  I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

                _____
                Benton Martin
                Counsel for Defendant

Dated: 9/5/25