UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-20656 |
| v. | Hon. Mark A. Goldsmith |
| HARRY MARVELLE PELESS, III, | Violation: <br> 18 U.S.C. § 2252A(a)(2) |
| Defendant. | |
| _____/ | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT ONE
18 U.S.C. § 2252A(a)(2)
*Receipt of Child Pornography*

On or about November 12, 2024, in the Eastern District of Michigan, Southern Division, the defendant, HARRY MARVELLE PELESS, III, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce; and the child pornography was mailed, shipped, and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2).

## FORFEITURE ALLEGATIONS
18 U.S.C. § 2253(a)

1.    The allegations contained in Count One of this Information are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253(a).

2.    Upon conviction of the offense(s) charged in Count One of this Information, in violation of Title 18, United States Code, Sections 2252A(a)(2), the defendant shall forfeit to the United States:

(a) any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.    Substitute Assets. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the

defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

THIS IS A TRUE BILL.

_____
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

_____
CRAIG WININGER
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

_____
EATON P. BROWN Assistant
United States Attorney

Dated: January 7, 2026

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Harry Marvelle Peless, III

**County where offense occurred:** Monroe

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: ____]
____Indictment/ ✓ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** 25-20656          **Judge:** Goldsmith

☐ Corrects errors; no additional charges or defendants.
☒ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

January 7, 2026
Date

s/ Eaton P. Brown
Eaton P. Brown
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9184
Fax: 313-226-2311
E-Mail address: Eaton.Brown@usdoj.gov
Attorney Bar #: P66003

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.